IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

§
§
§
§                    NO. 16 - 1252
§
§

**RULE 3 CRIMINAL COMPLAINT AND REQUEST FOR INVESTIGATION BY
A FEDERAL GRAND JURY**

TO THE HONORABLE JUDGE ROBERT PITMAN:

COMES NOW JODI COLE AND DONNIE DICKEY, Complainants, pursuant to

*Rule 3* of the Federal Rules of Criminal Procedure, and would show the Court as follows:

**I.**
**Standing**

According to *18 U.S.C. § 4*, whoever, having knowledge of the actual commission

of a felony cognizable by a court of the United States, conceals and does not as soon as

possible make known the same to some judge or other person in civil or military

authority under the United States, shall be fined under this title or imprisoned not more

than three years or both.

Because the commission of federal misprision offenses would occur by

Complainants who live in the Western District of Texas jurisdiction, this Court has

jurisdiction to inquire about the suspected offenses that occurred in North Dakota. As

Complainants would be committing a federal felony offense by not reporting Complainants' actual knowledge of the commission of felony offenses cognizable by a court of the United States, Complainants have standing to report said offenses to this Court.

## II.
## Background

It has been brought to the attention of Complainants that on Sunday evening, on November 20, 2016, near or in Cannon Ball, North Dakota; Morton County officials injured a large number of individuals legally demonstrating against the North Dakota Access Pipeline, ("water protectors"). The water protectors and members of the press were apparently attacked with water cannons, rubber bullets, Long Range Acoustic Devices (LRADs), teargas, and flash-bang grenades. *See Articles, published on the internet on November 21, 2016, Attached as "Exhibit A."* The sources reporting these attacks are the National Lawyers Guild, a reputable organization who are imparting actual knowledge of their personal observations. *See Information Regarding the National Lawyers Guild, Attached as "Exhibit B."* It has been reported that the attack by Morton County officials and others resulted in 167 injuries, including at least one cardiac arrest, one seizure, and mass hypothermia. The temperature was apparently 26-degrees Fahrenheit when the water cannons were deployed on the victims. The irony that water was used as a deadly weapon against water protectors is inescapable. It can also be interestingly noted that this abusive treatment of Native Americans occurred merely a few days before the Thanksgiving Holiday.

## III.
## Jurisdiction

In order to avoid violating federal law, Complainants wish to alert the Court to, and file a criminal complaint against, the Morton County Officials involved in this incident. In good faith, Complainants believe that these individuals have committed federal felony offenses implicating our responsibility to report such offenses to this Court. Because the felony offenses occurred in a state located in the United States, Complainants ask this Court to find it has jurisdiction under 18 U.S.C. § 5, which defines the term "United States" in a territorial sense, to includes all places and waters, continental or insular, subject to the jurisdiction of the United States.

## IV.
## The Complaint

Complainants believe in good faith that probable cause exists to find that Morton County Sheriff's Department and their agents, have violated federal statutes 13 U.S.C. Section 242, Deprivation of Rights Under Color of Law, and 18 U.S.C. Section 249, portions of the Hate Crimes Act.

The following is a written statement of the essential facts constituting the offenses charged:

The Morton County Sheriff's Department willfully deprived water protectors and the media of their First, Fifth, Eighth, and Fourteenth Amendment constitutional rights to assemble peacefully, freedom of press, speech, due process, and protection against cruel and unusual punishment, by using deadly weapons against them that caused serious

bodily injury. The water protectors and members of the media did not have an opportunity to cross examine witnesses against them before being punished for assembling, violating their sixth amendment right to cross examination, prior to being punished by the use of assaultive weapons. Complainants believe that the deprivation of these constitutional rights under the color of the law occurred because the group gathered were Native Americans who are being forced to petition the Government to protect the quality of their, and the rest of the nation's, water and land. Reports indicate that serious bodily injury resulted from the Morton County Sheriff's Department's use of dangerous weapons, explosives, and fire, making their violation of 18 U.SC. Section 242 punishable by imprisonment of ten years. The facts supporting these serious felony offenses implicates Complainants duty to report actual knowledge of their commission of the felonies to this Court.

Complainants are also required to report that the Morton County Sheriff's Department has taken action that violates 18 U.S.C. Section 249, offenses under the Hate Crimes Act. Complainants believe that the facts reported by The National Lawyers Guild raise enough of valid concern of this statutory violation as to implicate its rule of construction which states regarding who may prosecute such offenses, that nothing in subsection (b) (addressing who may prosecute the statute) shall be construed to limit the authority of Federal officers or a Federal grand jury to investigate possible violations of this section. Therefore, Complainants request that this Court order Federal officers to investigate possible violations or order the initiation of a Federal grand jury to investigate possible violations of The Hate Act.

WHEREFORE, PREMISES CONSIDERED, Complainants request that this Court find that this complaint, supported by the Oath of Jodi Cole, an officer of the Court, and Donnie Dickey's sworn certification below, establishes probable cause to believe that an offense(s) has been committed and that the Morton County Sheriff's Department, and their agents, committed the offenses, and issue arrest warrants to an officer authorized to execute them. Complainants also request that this Court order an investigation into these crimes by Federal officers or a Federal jury. Time is of the essence.

Respectfully submitted,

/s/ Jodi Callaway Cole

By:_____

Jodi Callaway Cole
Texas Bar No. 24045602

LAW FIRM OF JODI COLE, PLLC
406 West 30th Street
Austin, Texas 78705
Telephone:  (512) 926-5634
Telecopy:   (512) 692-2575

## Certification

I Donnie Dickey, certify by oath to this Court, on November 23, 2016, that the essential facts included in this Complaint constitute the offenses enumerated and of which we complain. We make this complaint in good faith and as last resort.

_____
Donnie Dickey

# Police deploy water hoses, tear gas against Standing Rock protester

EXHIBIT

A 1

Joshua Barajas



*Police use a water cannon to put out a fire started by protesters during a protest against plans to pass the Dakota Access pipeline near the Standing Rock Indian Reservation, near Cannon Ball, North Dakota. Photo by Stephanie Keith/Reuters*

Law enforcement officials deployed water hoses in freezing temperatures Sunday against hundreds of protesters decrying the construction of the Dakota Access oil pipeline.

Video of the clash between police and unarmed protesters at Backwater Bridge, not far from the Standing Rock encampments, emerged on social

media Sunday evening.

Activists can be heard on several Facebook Live videos shouting "No DAPL!" (Dakota Access pipeline) as law enforcement appeared to use water cannons, tear gas and sound weapons against the people amassed on the bridge.

In its initial statement, Morton County Sheriff's Department said its officers responded to an "ongoing riot," involving an estimated 400 protesters who had attempted to remove a burned truck that has been used to partially form a barricade on the bridge. The truck, along with the rest of the barricade, has been there for weeks.



*Police confront protesters with a rubber bullet gun during a protest against plans to pass the Dakota Access pipeline near the Standing Rock Indian Reservation, near Cannon Ball, North Dakota. Photo by Stephanie Keith/Reuters*

Donna Hushka, a spokeswoman for the sheriff's department, confirmed to journalist Jenni Monet that law enforcement had used water as "crowd control" against the protesters, who had also started multiple fires around the barricade. Fire trucks at the scene doused those fires and the land around them to prevent them from spreading, she wrote.

Jade Begay, a spokeswoman for the Indigenous Environmental Network, told The Guardian that two bonfires were lit by activists for warmth and cooking, but that any others were started by weapons from law enforcement.

Begay told The Guardian that more than 160 people were injured and another seven activists were transported to a local hospital.



*A protester gets warm by a fire during a protest against plans to pass the Dakota Access pipeline near the Standing Rock Indian Reservation, near Cannon Ball, North Dakota. Photo by Stephanie Keith/Reuters*

The Indigenous Environmental Network's Dallas Goldtooth said the water cannons were an "excessive and potentially deadly use of force."

"Because of the police enforced road block, ambulances now have an extra 30 minutes to get to the hospital," he wrote in a statement.

When images from the incident started to appear online, critics, including the Standing Rock Medic and Healer Council, called for law enforcement to stop using the water cannons against the protesters in temperatures reaching the low 20's.

"As medical professionals, we are concerned for the real risk of loss of life due to severe hypothermia under these conditions," the council said in a post on Facebook.

At least one person was arrested, the Associated Press reported.



*A protester is given medical attention during a protest against plans to pass*

*the Dakota Access pipeline near the Standing Rock Indian Reservation, near Cannon Ball, North Dakota. Photo by Stephanie Keith/Reuters*

As protests against the pipeline continue across the country, the protesters who prefer to be called "water protectors" mobilized near the Missouri River have been bracing for a North Dakota winter.

Opponents to the pipeline, including the Standing Rock Sioux Tribe, have said the project threatens the reservation's main water supply and cultural artifacts of the land. The company building the pipeline, Energy Transfer Partners, has said those claims are baseless.

The Dakota Access pipeline is nearly complete, except for one parcel of land owned by the federal government. Energy Transfer needs a final permit to tunnel beneath Lake Oahe on the Missouri River in rural North Dakota.

The U.S. Army Corps of Engineers, the owners of that land, announced last week that it was delaying construction of the 1,170-mile pipeline until further analysis. The agency said it also welcomed input from the tribe.

In response, Energy Transfer, said the Corps' decision was "unjust," adding the the ongoing ordeal over the pipeline's construction was a "sham process" that send a "frightening message about the rule of law."

Energy Transfer CEO Kelcy Warren told the NewsHour that the company was building the pipeline "to have minimal impact to all people concerned, and with great input from our government," adding the "likelihood of a spill into Lake Oahe is just extremely remote."

*The struggle over the Dakota Access Pipeline has intensified, as more protesters have joined the standoff and the company building the pipeline filed suit to get its last permit issued. Kelcy Warren, CEO of Energy Transfer Partners, joins William Brangham to defend the project and insist it's going forward.*

Warren said he was optimistic the pipeline would get built under a Trump presidency. When asked about what happens to the protesters if that happened, Warren said the demonstrations have been "such a disruption to [North Dakota]."

"This is not a peaceful protest. So, if they want to stick around and continue to do what they're doing, great, but we're building the pipeline," he said.

**READ MORE: For Native 'water protectors,' Standing Rock protest has become fight for religious freedom, human rights**

# Water Cannons Fired at Water Protectors in Freezing Temperatures Injure Hundreds

Ladonna Allard

EXHIBIT

A 2

Cannon Ball, ND-- Hundreds of water protectors were injured at the Standing Rock encampments when law enforcement blasted them with water cannons in freezing temperatures Sunday evening.   The attacks came as water protectors used a semi-truck to remove burnt military vehicles that police had chained to concrete barriers weeks ago, blocking traffic on Highway 1806. Water protectors' efforts to clear the road and improve access to the camp for emergency services were met with tear gas, an LRAD (Long Range Acoustic Device), stinger grenades, rubber bullets, and indiscriminate use of a water cannon with an air temperature of 26 degrees Fahrenheit. Some flares shot by law enforcement started grass fires which were ignored by the water cannons and had to be extinguished by water protectors. Law enforcement also shot down three media drones and targeted journalists with less lethal rounds.

National Lawyers Guild legal observers on the frontlines have confirmed that multiple people were unconscious and bleeding after being shot in the head with rubber bullets.  One elder went into cardiac arrest at the frontlines but medics administered CPR and were able to resuscitate him.  The camp's medical staff and facilities are overwhelmed and the local community of Cannonball has opened their school gymnasium for emergency relief.



The Standing Rock Sioux Tribe's Emergency Medical Service department arrived on scene to administer medical services. The Cheyenne River Sioux Tribe also sent Emergency Medical Service vehicles to the Oceti Sakowin Camp to assist. Hundreds are receiving treatment for contamination by CS gas, hypothermia, and blunt traumas as a result of rubber bullets and other less lethal ammunition.



The military vehicles blocking the bridge were burned in a blockade fire on October 27, after law enforcement raided and cleared the "1851 Treaty Camp," an occupation of the pipeline corridor and reclamation of unceded territory. Despite the obvious public safety risk, and despite promises from Morton County that they would clear the road, law enforcement has insisted on keeping the vehicles on the bridge for weeks. This obstruction of Highway 1806 threatens the lives of the water protectors and residents of the Standing Rock Sioux Reservation, as emergency services have been needed but unable to reach camp quickly. The blockage also unjustly restricts the free movement of local residents and hurts the Tribe economically by cutting off travel to and from the Prairie Knights Casino. Images of the burned vehicles have fed negative, distorted, and sensationalist media portrayals of the encampment.

**Tara Houska, National Campaigns Director for Honor the Earth,** says, "For weeks, the main highway to the Standing Rock Sioux Reservation

has been cut off, with no movement by the state to address a public safety risk. Attempting to clear the road was met with police spraying people with water cannons in 26 degree weather -- that's deadly force, it's freezing outside. They want to kill people for clearing a road? When will our cries be heard? Stop the Dakota Access pipeline. Respect the rights of indigenous people, of all peoples."

**LaDonna Allard, Director of the Sacred Stone Camp**, says, "All I can say is why? We are asking for clean water, we are asking for the right to live, we are asking for our children to live. Instead they attack us, because they protect oil. Morton county and DAPL security are inhuman- what is wrong with their hearts?"

**Dallas Goldtooth, Indigenous Environmental Network**, says, "It is below freezing right now and the Morton County Sheriff's Department is using a water cannon on our people, that is an excessive and potentially deadly use of force. Tribal EMS are stepping up and providing services that should be the responsibility of Morton County, this is ridiculous. Because of the police enforced road block, ambulances now have an extra 30 minutes to get to the hospital. Those are life and death numbers right there, and Morton County and the State of North Dakota will be responsible for the tally."

The **Standing Rock Medic and Healer Council** released this statement: "The physicians and tribal healers with the Standing Rock Medic and Healer Council call for the immediate cessation of use of water cannons on people who are outdoors in 28F ambient weather with no means of active rewarming in these conditions. As medical professionals, we are concerned for the real risk of loss of life due to severe hypothermia under these conditions."

####

# Police Attack Unarmed Standing Rock Water Protectors in Freezing Temperatures with Water Cannons and Other Weapons in 5-Hour Standoff

**EXHIBIT**

A 3

Posted on November 21, 2016 by Tasha Moro

Contact: Tasha Moro, NLG Communications Director
communications@nlg.org | 212-679-5100, ext. 15

CANNON BALL, ND—The Water Protector Legal Collective (WPLC; formerly Red Owl), an initiative of the National Lawyers Guild (NLG), strongly condemns the flagrant civil and human rights violations committed by Morton County law enforcement last night against unarmed Standing Rock Water Protectors. The standoff lasted more than five hours in freezing temperatures (26-degrees Fahrenheit), during which police deployed water cannons, rubber bullets, Long Range Acoustic Devices (LRADs), teargas, and flash-bang grenades against Water Protectors and members of the press. The attack resulted in 167 injuries—including at least one cardiac arrest, one seizure, and mass hypothermia. One 13-year-old girl was shot in the face with a rubber bullet, and at least 20 people were sent to the emergency room with serious injuries. WPLC/NLG Legal Observers on the scene reported many people temporarily lost consciousness from being shot with such "less lethal" munitions. The Standing Rock and Cheyenne River Sioux Tribes provided Emergency Medical Services, which Water Protector Dallas Goldtooth of the Indigenous Environmental Network called "ridiculous," noting that such EMS "should be the responsibility of Morton County."

Last night, WPLC attorney Angela Bibens described the horrifying scene:

"[Law enforcement] deployed 20 mace canisters in a small area in less than five minutes, to the point where people have lost bowel function. At least one seizure has been witnessed at the front lines by our legal observation team. There have been people vomiting from the exposure to the mace. The water cannon has been mixed with the mace, and so even our legal observers have been exposed and are trying to deal with that while they're doing up their notes. And canisters were shot at the medic area at the front line. There is at least one woman who has a broken kneecap. At least one elder went into cardiac arrest and was revived through CPR at the front line by medics."

The attack began around 6 PM yesterday, while Water Protectors attempted to peacefully remove two military vehicles that had been blocking Highway 1806 since October 27, ironically, in an effort to clear the path providing the most direct route from the Oceti Sakowin camp to Bismarck, ND, for emergency services vehicles. The Morton County Sheriff's Department made unfounded claims of "very aggressive" behavior and an "ongoing riot" by Water Protectors, and falsely claimed that the water cannons were deployed in response to fires set by Water Protectors on Highway 1806.

The police attack comes shortly after a local judge dismissed trumped-up felony charges against 15 Water Protectors last Thursday, citing failure by the District Attorney's office to provide sufficient evidence of "Conspiracy to Endanger by Fire." Additional hearings are set for December 5. The WPLC continues its months-long work on the ground in North Dakota, providing Water Protectors with legal representation, jail support, legal observers, and other direct legal assistance.

Concerned members of the public are strongly encouraged to call local and federal agencies to demand (1) immediate end to the construction of the $3.8 billion Dakota Access Pipeline, (2) a full investigation into abuses by law enforcement, and (3) dropping the felony charges against Water Protectors arising from the October 27 police raid on the camp.

White House: 202-456-1414

White House Situation Room, 202-456-9431

North Dakota Governor's Office: 701-328-2200

Morton County Sheriff's Office: 701-667-3330

Morton County State's Attorney's Office: 701-667-3350

Army Corps of Engineers Bismarck Office 701-255-0015

*Donations to support the Water Protector Legal Collective may be made at fundrazr.com/campaigns/11B5z8 or nlg.org/donate/waterprotectorlegal for tax-deductible contributions. For updates, visit their website at waterprotectorlegal.org, and follow them at Facebook.com/WaterProtectorLegal, Twitter @WaterProtectUs.*

PHOTO: Police teargas Water Protectors on Highway 1806, November 20, 2016. (Photo: Elizabeth Hoover via Instagram @lizhoover.)

#

EXHIBIT

_____B_____

tabbies

# About

*"...lawyers, law students, legal workers and jailhouse lawyers...in the service of the people, to the end that human rights shall be regarded as more sacred than property interests."*

**– Preamble to NLG Constitution**



The National Lawyers Guild is the nation's oldest and largest progressive bar association and was the first one in the US to be racially integrated. **Our mission is to use law for the people, uniting lawyers, law students, legal workers, and jailhouse lawyers to function as an effective force in the service of the people by valuing human rights over property interests**. This is achieved through the work of our members, and the Guild's numerous organizational committees, caucuses and projects, reflecting a wide spectrum of intersectional issues. Guild members effectively network and hone their legal skills in order to help create change at the local, regional, national, and international levels.

The NLG is dedicated to the need for basic change in the structure of our

political and economic system. Our aim is to bring together all those who recognize the importance of safeguarding and extending the rights of workers, women, LGBTQ people, farmers, people with disabilities and people of color, upon whom the welfare of the entire nation depends; who seek actively to eliminate racism; who work to maintain and protect our civil rights and liberties in the face of persistent attacks upon them; and who look upon the law as an instrument for the protection of the people, rather than for their repression. Learn more about our history at our 75th anniversary retrospective, and at the links to the left.

The NLG is a proud member of:

- Alliance for Justice
- International Association of Democratic Lawyers
- May First/People Link
- US Campaign to End the Israeli Occupation